United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-40638
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RUBEN ARISTIDES BENITEZ-DELGADO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-787-1
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Ruben Aristides Benitez-Delgado (Benitez) appeals his
conviction and 24-month sentence for illegal reentry by an alien
after deportation.  He argues that the provisions of 8 U.S.C.
§ 1326(b) are unconstitutional in light of <u>Apprendi v. New
Jersey</u>, 530 U.S. 466 (2000).

     Benitez's constitutional challenge to § 1326(b) is
foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224,
235 (1998).  Although Benitez contends that <u>Almendarez-Torres</u> was

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

incorrectly decided and that a majority of the Supreme Court would overrule Almendarez-Torres in light of Apprendi, we have repeatedly rejected such arguments on the basis that Almendarez-Torres remains binding. See United States v. Garza-Lopez, 410 F.3d 268, 276 (5th Cir.), cert. denied, 126 S. Ct. 298 (2005). Benitez properly concedes that his argument is foreclosed in light of Almendarez-Torres and circuit precedent, but he raises it here to preserve it for further review.

Accordingly, the judgment of the district court is AFFIRMED.